```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LEXI NEGIN, D.C. Bar #446153
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorneys for Defendant
    MICHAEL GALLOCK
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S. 07-309-GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
|  | ) TRIAL CONFIRMATION HEARING AND |
| v. | ) COURT TRIAL AND SET FOR MOTION TO |
| MICHAEL GALLOCK | ) SUPPRESS HEARING AND BRIEFING |
|  | ) SCHEDULE; EXCLUDE TIME |
| Defendant. | ) |
| _____ | ) Judge: Hon. Gregory G. Hollows |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, MICHAEL GALLOCK, by and through his counsel LEXI NEGIN of the Federal Defenders Office, hereby stipulate to vacate the trial confirmation hearing set for October 1, 2007 and the jury trial set for October 15, 2007 at 9:00 a.m. and set this case for a motion to suppress hearing on Tuesday, November 13, 2007 at 9:00 a.m.

The following will be the briefing schedule to file motions:

Defendants' Motion Due . . . . . . . . . . . . . . .   October 15, 2007

1  Governments' response due . . . . . . . . . . . . . October 29, 2007
2  Defendants' Reply due . . . . . . . . . . . . . . . November 5, 2007
3  Motion to Suppress Hearing . . . . . . . . . . . November 13, 2007
4  The parties agree that the Court should exclude time under the
5  Speedy Trial Act from the date of this order through the date of the
6  ~~trial confirmation hearing set for August 20, 2007 at 10:00 a.m.~~ motion
7  resolution pursuant to 18 U.S.C. § 3161 (h)(1)(F) for Pretrial Motions
8  and Local Code E.
9  The trial confirmation hearing and the jury trial will be set by the
10 court following the motion to suppress hearing, or in the motion
11 resolution order.

13  Dated: September 27, 2007     Respectfully submitted,

14                                DANIEL J. BRODERICK
                                  Federal Defender

16                                /s/  Lexi Negin

17                                _____
                                  LEXI NEGIN
                                  Assistant Federal Defender
18                                Attorneys for Defendant
                                  RONALD EDMOND

20  Dated:  September 28, 2007    MCGREGOR W. SCOTT
21                                United States Attorney

22                                /s/ Matthew Stegman

23                                _____
                                  MATTHEW STEGMAN
                                  Assistant U.S. Attorney

**O R D E R**

26 IT IS SO ORDERED.

27 Dated: 10/1/07                  /s/ Gregory G. Hollows
                                   _____
28                                 United States Magistrate Court
   gallock.ord

2