1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN, CA Bar #250376
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorneys for Defendant
   MICHAEL GALLOCK

7

8

9                     IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,          )  NO. CR.S. 07-309-GGH
                                       )
14                  Plaintiff,         )  STIPULATION AND ORDER TO CONTINUE
                                       )  TRIAL CONFIRMATION HEARING AND
15       v.                            )  JURY TRIAL; EXCLUDE TIME
    MICHAEL GALLOCK                    )
16                                     )  Date:  February 4, 2008
                    Defendant.         )  Time:  9:00 a.m.
17                                     )  Judge: Hon. Gregory G. Hollows
    _____   )
18

19
         The United States of America, through MATTHEW C. STEGMAN, Assistant
20
    United States Attorney, together with defendant, MICHAEL GALLOCK, by and
21
    through his counsel LEXI NEGIN of the Federal Defenders Office, hereby
22
    stipulate to continue the trial confirmation hearing set for December 4,
23
    2007 to February 4, 2008 and the jury trial set for December 11, 2007 be
24
    continued to February 19, 2008 at 9:00 a.m.
25
      This request is due to counsel's conflicting schedule with other
26
    pending cases.
27
         The parties agree that the Court should exclude time under the
28

1  Speedy Trial Act from the date of this order through the date of the

2  trial confirmation hearing set for February 4, 2008 at 9:00 a.m. pursuant

3  to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4 [reasonable time to

4  prepare].

5

6       Dated: November 28, 2007      Respectfully submitted,

7                                      DANIEL J. BRODERICK
                                       Federal Defender
8

9                                      /s/  Lexi Negin

10                                     _____
                                       LEXI NEGIN
                                       Assistant Federal Defender
11                                     Attorneys for Defendant
                                       MICHAEL GALLOCK
12

13
        Dated:  November 28, 2007      MCGREGOR W. SCOTT
14                                     United States Attorney

15                                     /s/ Matthew Stegman

16                                     _____
                                       MATTHEW STEGMAN
                                       Assistant U.S. Attorney
17

18
                              O R D E R
19

20
IT IS SO ORDERED.
21

22
Dated: 12/5/07
23                             /s/ Gregory G. Hollows
                               United States Magistrate Court
24
gallock.ord3
25

26

27

28

                                     2